IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY J. ALLEGRINO II | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| FIDELITY INVESTMENTS, INC., *et al.* | : | NO. 09-2573 |

**ORDER**

AND NOW, this 9th day of September 2009, upon consideration of The Texas Children's Hospital Defendants' Motion to Transfer Venue and for Partial Dismissal (Document No. 6); The Fidelity Defendants' Motion to Transfer Venue and to Dismiss (Document No. 9); and Melissa A. Lockwood's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or Alternatively, Motion to Transfer Case to Proper Venue (Document No. 11), and the responses thereto, IT IS hereby ORDERED:

That the motions to transfer are GRANTED. The Clerk is directed to transfer the action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Southern District of Texas.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,   Sr. J.